IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  13-cr-00315-RBJ | Date:  May 1, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:  N/A | Probation:  Andrea Bell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Alison E. Goldenberg* |
|  | *Matthew T. Kirsch* |
| **Plaintiff** | |
| v. | |
| 1. MISCHEL MOSBEY | *Matthew K. Belcher* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   11:01 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [26] Defendant's Motion for a Variant Sentence Pursuant to U.S.C. § 3553(A) is GRANTED.

Defendant shall be **sentenced to probation** for **5 years** as to Count Three of the Indictment.

**ORDERED:**   **Conditions** of Probation that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not possess a firearm or destructive device.

- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions** of Probation that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall be placed on home detention for a period of 6 months, to commence within 21 days of sentencing. During this period, the defendant shall remain at her place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) The defendant shall participate to a voluntary wage assignment during the term of probation for the payment of restitution, provided her employer participates in this process.
- (**X**) Defendant shall pay restitution in the amount of $10,783.15.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Government's oral motion to dismiss remaining counts is GRANTED.

**Court in recess:** 11:31 p.m.          Hearing concluded.          Total time:     00:30